UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:14-CR-15-H-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| DONALD JOSEPH GRAY, JR. | |

On motion of the Defendant, Donald Joseph Gray, Jr., and for good cause shown, it is hereby ORDERED that the **[DE 34 ]** be sealed until further notice by this Court.

IT IS SO ORDER.

This 23rd day of June 2015.

_____
MALCOLM J. HOWARD
Senior United States District Judge