UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:14-CR-15-1H

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| DONALD JOSPEH GRAY | ) | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 36 be sealed until further notice by the Court.

This the 23rd day of June 2015.

_____
MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE