UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
Criminal No. 2:14-CR-15-1H
Civil No. 2:20-CV-41-H

| | |
|---|---|
| DONALD JOSEPH GRAY, JR., | ) |
| Petitioner, | ) ) ) |
| v. | ) ORDER ) |
| UNITED STATES OF AMERICA, | ) ) |
| Respondent. | ) ) |

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This 25th day of June 2020.

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE