IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:14-CR-15-D-1
No. 2:20-CV-41-D

| | | |
|---|---|---|
| DONALD JOSEPH GRAY, Jr., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the Court on the parties' joint motion to set a briefing

schedule on Petitioner's motion pursuant to 28 U.S.C. § 2255 seeking vacatur of his

conviction under 18 U.S.C. § 922(g) based on *United States v. Rehaif*, 139 S. Ct. 2191

(2019). For the reasons set forth in the parties' joint motion, the motion is GRANTED.

It is further ORDERED that:

(a)     Counsel for Petitioner shall make every effort to file any

withdrawal of Petitioner's *Rehaif*-based Section 2255 no later than September

13, 2021;

(b)     Respondent's motion to dismiss and supporting memorandum

shall be due by October 13 unless Petitioner's motion is withdrawn before then;

(c)     Petitioner's response, if any, shall be due within twenty-one (21)

days of the filing of Respondent's motion to dismiss;

1

(d)    Respondent's reply, if any, shall be due within fourteen (14) days

after Petitioner's response.

This the 22 day of July, 2021.

_____
James C. Dever III
United States District Judge